# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff**(s): MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BRECJ, TOBY KOTH and

VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, DAN BREJC and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' PENSION FUND

**Defendant**(S): EAGER CONCRETE CORPORATION and GREGORY R. KORINKE, individually,

```
FILED: MAY 21, 2008
08CV2964        TC
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER
```

County of Residence: Kane

County of Residence: McHenry

Plaintiff's Atty: LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 S. Michigan Avenue, 19th Flr,
Chicago IL 60603
312-372-1361

Defendant's Atty:

II. Basis of Jurisdiction:   3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties
(Diversity Cases Only)

Plaintiff:-**N/A**

Defendant:-**N/A**

IV. Origin :   1. Original Proceeding

V. Nature of Suit:   791 E.R.I.S.A

VI. Cause of Action:   Collection Action by multi-employer benefit funds brought pursuant to 129 U.S.C. Sec. 1132 (e)(1) & (e)(2) and 29 U.S.C. 185 (a) & (c)

VII. Requested in Complaint

Class Action:**No**

Dollar Demand:

Jury Demand:**No**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**   /s/LaKisha M. Kinsey-Sallis

**Date:**   May 21, 2008