UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BRECJ, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,

and

MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, DAN BREJC and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,

Plaintiffs,

v.

EAGER CONCRETE CORPORATION and GREGORY R. KORINKE, individually,

08CV2964
JUDGE CASTILLO
MAGISTRATE JUDGE SCHENKIER

Docket Number:

Assigned Judge:

Designated Magistrate Judge:

TO: GREGORY R. KORINKE, individually
697 Auburn Ct.
Crystal Lake, IL 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

An answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*(signature)*
--------------------------------
**(By) DEPUTY CLERK**

May 21, 2008
--------------------------------
Date

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Mike Shales, et al vs. Eager Concrete Corporation and Gregory R. Korinke, individually

CASE NUMBER: 08CV2964

## AFFIDAVIT OF PROCESS SERVER

I, **Robert Brady**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Serving & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Serving & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **Gregory R. Korinke** at his/her usual place of abode located at **697 Auburn Court, Crystal Lake, IL 60014** by serving **Colleen Korinke, his wife**, an occupant of the premises and/or a person of the family of the age of 13 years or older and informing this person of the contents thereof on **06/03/2008** at **12:00 PM**. I further mailed a copy of each in a sealed envelope with postage prepaid addressed to **Gregory R. Korinke** at the address listed above on **06/04/2008**.
Description: **Sex: Female – Age: 48 – Skin: White – Hair: Brown – Height: 5.8 – Weight: 150**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Robert Brady

Subscribed and Sworn to before me on this ____ day of June, 20__.

_____ Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

12565