IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,** | ) ) ) ) ) ) | |
| **and** | ) ) | **Case No.: 08 C 2964** |
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, DAN BREJC and VERN BAUMAN as Trustees of THE THE FOX VALLEY LABORERS' PENSION FUND,** | ) ) ) ) ) ) | **Judge Castillo** <br> **Magistrate Judge Schenkier** |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | |
| **EAGER CONCRETE CORPORATION, and GREGORY R. KORINKE, individually,** | ) ) ) | |
| **Defendants.** | ) | |

**NOTICE OF MOTION**

TO:   Eager Concrete Corporation
c/o Gregory R. Korinke, Registered Agent & President
697 Auburn Court
Crystal Lake, IL 60014

Gregory R. Korinke
697 Auburn Court
Crystal Lake, IL 60014

    PLEASE TAKE NOTICE that on Tuesday, July 22, 2008 at 9:45 a.m., or as soon as thereafter I may be heard, I will before the Honorable Ruben Castillo or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 2141 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiffs' Motion for Entry of Default and to Compel Submission of Reports, a copy of which is attached and served upon you.

                                        Respectfully Submitted,

                                        /s/ LaKisha M. Kinsey-Sallis
                                        LaKisha M. Kinsey-Sallis
                                        One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
312-372-1361