Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2964 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Mike Shales, et al. Vs. Eager Concrete Corporation, et al. | | |

### DOCKET ENTRY TEXT

Motion hearing held on 7/22/2008.   Plaintiffs' motion for entry of default and to compel submission of reports [12] is granted.  Enter Order. Default entered against defendants Eager Concrete Corporation and Gregory R. Korinke for failure to timely appear, answer or otherwise plead to the complaint.  Defendants are ordered to submit work reports to Plaintiffs for the period April, 2008 through the present.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:05

FILED
2008 JUL 22  PM 5: 10
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RO |
|---|---|---|