

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, DAN BREJC and VERN BAUMAN as Trustees of THE THE FOX VALLEY LABORERS' PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>EAGER CONCRETE CORPORATION, and GREGORY R. KORINKE, individually,<br><br>Defendants. | Case No.: 08 C 2964<br><br>Judge Castillo<br>Magistrate Judge Schenkier |

### ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and to Compel Submission of Reports, the Court being fully apprised on the premises, IT IS HEREBY ORDERED:

(1) An Order of Default is entered against Defendants EAGER CONCRETE CORPORATION and GREGORY R. KORINKE, individually, for their respective failures to answer or otherwise plead to the Complaint served upon it.

(2) Defendants EAGER CONCRETE CORPORATION and GREGORY R. KORINKE, individually, are jointly and severally, ordered to submit completed and accurate

1

work reports to the Plaintiffs related to the Laborers' Funds, the Fox Valley Funds' and the District Council for the period of April 2008 through the present within 5 days of the date of the Order.

ENTERED BY:

_____

Honorable Judge Ruben Castillo

Date: 7/22/08